UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROBERT CERRATO,

                        Plaintiff,

     - against -

PAUL J. SCARIANO, INC.; DOMINIC PARISI;
and LUCA TOSCANO,

                        Defendants.

-------------------------------------------------------------X

**ORDER**

21 Civ. 10485 (NSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/25/2022

Román, D.J.:

      The Court having been advised that all claims asserted herein have been settled, it is

      ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.

      The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

Dated:     White Plains, New York
            May 25, 2022

                                                        Nelson S. Román, U.S.D.J.